1  **HANNI M. FAKHOURY**
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5

6  Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Case No. 08MJ2265
                                      )
11 |       Plaintiff,                 )
                                      )
12 | v.                               ) **NOTICE OF ATTORNEY APPEARANCE**
                                      )
13 | DAVID GUTIERREZ-LOPEZ,           )
                                      )
14 |       Defendant.                 )
                                      )
15 | _____  )

16       Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni

17 M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                          Respectfully submitted,

20

21 Dated: August 1, 2008                    /s/ Hanni M. Fakhoury
                                            HANNI M. FAKHOURY
22                                          Federal Defenders of San Diego, Inc.
                                            e-mail: Hanni_Fakhoury@fd.org
23                                          Attorneys for Defendant

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2

DATED: August 1, 2008         /s/ Hanni M. Fakhoury
                              HANNI M. FAKHOURY
                              e-mail: Hanni_Fakhoury@fd.org